IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DARL N. RODGERS, | 6:15-CV-02236-BR |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| CAROLYN W. COLVIN, Commissioner, Social Security Administration, | |
| Defendant. | |

Based on the Court's Opinion and Order issued February 7, 2016, **IT IS ADJUDGED** this matter is **REVERSED** and **REMANDED** to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), for further administrative proceedings.

DATED this 7th day of February, 2017.

*[signature]*

ANNA J. BROWN
United States District Judge

1 - JUDGMENT OF REMAND